IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIGUEL VALDOVINOS-ZAMORA,

    Petitioner,

v.

WARDEN, FCI-OXFORD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-683-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Miguel Valdovinos-Zamora for a writ of habeas corpus under 28 U.S.C. § 2241 because petitioner does not fit within the savings clause found in 28 U.S.C. § 2255(e).

_____
Peter Oppeneer, Clerk of Court

OCT 26 2012
_____
Date